| | |
|---|---|
| 1 | **LAW OFFICES OF PAUL DELANO WOLF** |
|   | PAUL D. WOLF, SBN 78624 |
| 2 | LYNN M. KESLAR, SBN 191521 |
|   | Evers Building |
| 3 | 717 Washington Street, 2nd floor |
|   | Oakland, CA 94607 |
| 4 | Telephone:   (510) 451-4600 |
|   | Facsimile:   (510) 451-3002 |
| 5 | paul@pdwolflaw.com |
|   | lynn@pdwolflaw.com |

**FILED**

FEB 21 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Attorneys for Defendant
HASAN SWAID

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

United States of America,

    Plaintiff,

v.

Hasan Swaid, et. al.

    Defendants.

Case Nos.  07-70057 WDB
(Hasan Swaid and
Rosemont Wholesale, Inc.)

07-70058 WDB
(Mohammed Aldhufri)

07-70059 WDB
(Mossleh Amari)

07-70060 WDB
(Nabil Munasar Alzoqari)

07-70062 WDB
(Wahidullah Ahmadi)

---

United States of America,

    Plaintiff,

v.

Sufian Khalil Al Khalidi and Basheer
Mossleh Abdo Ammari,

    Defendants.

Case No.   07-70078 WDB

[~~PROPOSED~~] ORDER
EXTENDING TIME FOR
PRELIMINARY HEARING OR
FILING OF INDICTMENT TO
MARCH 12, 2007
(FRCP 5.1)

cc: Copies to parties via
ECF, WDB's Stats

---

U.S. v. KHALIDI, U.S. v. SWAID, ET AL., ORDER EXTENDING TIME FOR INDICTMENT

| | |
|---|---|
| 1 | The Defendants in the above captioned matters, and the United States, through their |
| 2 | counsel, having agreed and consented to an extend the time for a preliminary hearing or the |
| 3 | filing of an indictment to March 12, 2007, and GOOD CAUSE having been found, |
| 4 | IT IS HEREBY ORDERED that |
| 5 | The time for preliminary hearing or filing of an indictment in the above captioned |
| 6 | matters, pursuant to Federal Rule of Criminal Procedure 5.1, shall be extended to March 12, |
| 7 | 2007. |
| 8 | SO ORDERED. |

2/21/07

_____
The Honorable WAYNE D. BRAZIL
Magistrate Judge

U.S. v. KHALIDI, U.S. v. SWAID, ET AL., ORDER EXTENDING TIME FOR INDICTMENT