1  JULIANA DROUS
   Attorney at Law SBN 92156
2  214 Duboce Avenue
   San Francisco, California 94103
3  Telephone: (415) 863-3580
   Fax: (415) 255-8631
4  jdrous@msn.com

5  Attorney for Defendant
   MOSSLEH AMARI
6

7                    UNITED STATES DISTRICT COURT

8                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10
    UNITED STATES OF AMERICA,              No. CR 07-00126DLJ
11
              Plaintiff,                   **STIPULATION AND ORDER RE:**
12  vs.                                    **MODIFICATION OF TRAVEL**
                                           **CONDITIONS**
13  MOSSLEH AMARI,

14           Defendant.
                                    /
15

16      IT IS HEREBY STIPULATED by the parties in the above-entitled action that defendant

17  MOSSLEH AMARI's travel conditions imposed as a condition of his pre-trial release, limiting his

18  travel to the Northern District of California, can be modified such that defendant AMARI can travel

19  from San Francisco to New York, on March 25, 2008 and return to the Northern California on April

20  3, 2008. Prior to his travel, defendant MOSSLEH shall provide his itinerary to his Pre-trial Services

21  Officer, PAUL MAMARIL.   The reason for the travel is to allow Mr. Amari to visit with his son

22  who is currently hospitalized in Brooklyn, New York.  Mr. Mamaril has been consulted regarding

23  this matter and has stated he has no objections to this plan.

24  Dated: March 21, 2008                          /s/
                                           JULIANA DROUS
25                                         Attorney for Defendant
                                           MOSSLEH AMARI
26

27

28  STIPULATION AND ORDER RE:
    TRAVEL CONDITIONS                  1

1
2   Dated: March 21, 2008
3
4           IT IS SO ORDERED.
5
6   Dated: March 21      , 2008
            March 21, 2008
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28  STIPULATION AND ORDER RE:
    TRAVEL CONDITIONS

                    /s/
            KESLIE STEWART
            Assistant U.S. Attorney




            HONORABLE D. LOWELL JENSEN
            Judge, U.S. District Court











                        2