JULIANA DROUS
Attorney at Law SBN 92156
214 Duboce Avenue
San Francisco, California 94103
Telephone: (415) 863-3580
Fax: (415) 255-8631
jdrous@msn.com

Attorney for Defendant
MOSSLEH AMARI

FILED
APR 7 - 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MOSSLEH AMARI,

    Defendant.

No. CR 07-00126DLJ

**STIPULATION AND ORDER RE: MODIFICATION OF TRAVEL CONDITIONS**

IT IS HEREBY STIPULATED by the parties in the above-entitled action that defendant MOSSLEH AMARI's travel conditions imposed as a condition of his pre-trial release, limiting his travel to the Northern District of California, can be modified such that Mr. Amari can travel from San Francisco to New York, on April 7, 2008, and return to the Northern California on April 17, 2008. Mr. Amari shall provide his itinerary to his Pre-trial Services Officer, PAUL MAMARIL. The reason for the travel is that Mr. Amari's eldest son died on Sunday, April 6, 2008. Funeral services will be in New York where his son was living. Mr. Mamaril has been consulted regarding this matter and has stated he has no objections to this travel.

Dated: April 7, 2008

                          JULIANA DROUS
                          Attorney for Defendant
                          MOSSLEH AMARI

STIPULATION AND ORDER RE:
TRAVEL CONDITIONS    1

*[handwritten: cc: MMB's Stats, Copy to parties via ECF, Pretrial, Frances, Financial]*

Dated: April 7, 2008

KESLIE STEWART
Assistant U.S. Attorney

IT IS SO ORDERED.

Dated: April 7, 2008

HONORABLE WAYNE D. BRAZIL
Magistrate Judge

STIPULATION AND ORDER RE:
TRAVEL CONDITIONS

2