1  JULIANA DROUS
   Attorney at Law SBN 92156
2  214 Duboce Avenue
   San Francisco, California 94103
3  Telephone: (415) 863-3580
   Fax: (415) 255-8631
4  jdrous@msn.com

5  Attorney for Defendant
   MOSSLEH AMARI

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 07-00126 DLJ |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER RE:** |
| vs. | **MODIFICATION OF PRE-TRIAL** |
| | **RELEASE CONDITIONS** |
| MOSSLEH AMARI, | |
| Defendant. | |

IT IS HEREBY STIPULATED by the parties in the above-entitled action that the condition of defendant MOSSLEH AMARI's pre-trial release that he not have contact with any co-defendants be modified to allow him to have contact with his son, BASHEER MOSSLEH ABDO AMMARI, and his brothers, ABDULLAH AL-AMARI and AMMAR ABDO ALAMARI.

Dated: April 10, 2009

　　　　　　　　　　　　/s/
JULIANA DROUS
Attorney for Defendant
MOSSLEH AMARI

Dated:

　　　　　　　　　　　　/s/
KESLIE STEWART
Assistant United States Attorney

STIPULATION AND ORDER RE:
CONDITIONS OF PRE-TRIAL RELEASE

1   IT IS SO ORDERED.

3   Dated: April 20, 2009



HON. WAYNE D. BRAZIL
U.S. District Court Magistrate Judge

28  STIPULATION AND ORDER RE:
    CONDITIONS OF PRE-TRIAL RELEASE