JULIANA DROUS
Attorney at Law, SBN 92156
214 Duboce Avenue
San Francisco, California 94103
Telephone: (415) 863-3580
Fax: (415) 255-8631
jdrous@msn.com

Attorney for Defendant
MOSLEH AMARI

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 07-00126 DLJ |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND [~~PROPOSED~~]** |
| | ) | **ORDER RE: SENTENCING DATE** |
| v. | ) | |
| MOSLEH AMARI, | ) | |
| Defendant. | ) | |

Sentencing in this case is currently scheduled on ~~August 21, 2009~~ September 4, 2009. Additional time is needed by the defense to prepare for sentencing. In addition, defendant Mosleh Amari has health issues which need to be attended to prior to sentencing.

IT IS HEREBY STIPULATED between the parties that the sentencing hearing be continued to November 6, 2009. Federal Probation Officer Charles Mabie has no objection to this request.
Sentencing set for November 6, 2009 at 10:00 AM.

DATED: July 9, 2009                                /s/
                                                                JULIANA DROUS
                                                                Attorney for Defendant
                                                                MOSLEH AMARI

DATED: July 9, 2009                                /s/
                                                                KESLIE STEWART
                                                                Asst. United States Attorney

IT IS SO ORDERED.

DATED:
                                                                HON. D. LOWELL JENSEN
                                                                U.S. District Court Judge

STIPULATION RE: CONTINUANCE OF SENTENCING DATE