JULIANA DROUS
Attorney at Law, SBN 92156
214 Duboce Avenue
San Francisco, California 94103
Telephone: (415) 863-3580
Fax: (415) 255-8631
jdrous@msn.com

Attorney for Defendant
MOSLEH AMARI

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> v. ) <br> ) <br> MOSLEH AMARI, ) <br> ) <br> Defendant. ) | No. CR 07-00126 DLJ <br><br> **STIPULATION AND [PROPOSED]** <br> **ORDER RE: SENTENCING DATE** |

Sentencing in this case is currently scheduled on November 6, 2009.  Based on discussions with probation officer Charles Mabie, the parties HEREBY STIPULATE that the sentencing hearing be continued to December 18, 2009, 11:00 a.m.

DATED: October 26, 2009

/s/
JULIANA DROUS
Attorney for Defendant
MOSLEH AMARI

DATED: October 26, 2009

/s/
KESLIE STEWART
Asst. United States Attorney

IT IS SO ORDERED.

DATED: October 27, 2009

HON. D. LOWELL JENSEN
U.S. District Court Judge

STIPULATION RE: CONTINUANCE OF SENTENCING DATE